UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VAL LACEBAL, et al.,<br><br>　　　　　Defendants. | No.  2:21-cv-01636-DAD-DB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO DISMISS CERTAIN CLAIMS<br><br>(Doc. Nos. 34, 38) |

　　　　Plaintiff Vencil C. Green is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On June 15, 2023, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion to dismiss plaintiff's claims for damages brought against them in their official capacities (Doc. No. 34) be granted.  (Doc. No. 38.)  The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service.  (*Id*. at 7.)  No objections have been filed, and the time in which to do so has now passed.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

1

Accordingly,

1. The findings and recommendations issued on June 15, 2023 (Doc. No. 38) are adopted in full;
2. Defendants' motion to dismiss plaintiff's claims for damages against them in their official capacities (Doc. No. 21) is granted; and
3. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **September 24, 2023**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE