UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>   Plaintiff,<br><br>   v.<br><br>VAL LACEBAL, et al.,<br><br>   Defendants. | No. 2:21-cv-1636 DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se and in forma pauperis with this civil rights action seeking relief pursuant to 42 U.S.C. § 1983.  On April 14, 2023, defendants filed a motion to dismiss plaintiff's claims for damages against defendants in their official capacities pursuant to Rule 12(b)(6).  (ECF No. 34.)  The court granted the motion on September 25, 2023, and referred the action back to the undersigned for further proceedings.  (ECF Nos. 38, 40.)  To date, defendants have not filed an answer.

For the foregoing reasons, IT IS HEREBY ORDERED that within thirty days of the date of this order, defendants shall file an answer.

Dated:  November 28, 2023

DB: 15
DB/DB Prisoner Inbox/Civil Rights/R/gree1636.ans

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

1