UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>            Plaintiff,<br><br>     v.<br><br>VAL LACEBAL, et al.,<br><br>            Defendants. | No.  2:21-cv-1636 DAD DB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  On April 7, 2024,[1] plaintiff filed a motion to compel defendants to provide further responses to two requests for admission, one interrogatory, and one request for the production of documents.  (ECF No. 44.)  In their opposition, defendants demonstrate that in response to letters from plaintiff, on April 8, they provided plaintiff with supplemental responses to the challenged discovery.  (ECF No. 45.)  Plaintiff did not file a reply to defendants' opposition.

Because the information before the court shows that defendants provided plaintiff with supplemental responses to the discovery at issue in the motion to compel, this court finds plaintiff's motion is moot.

////

---

[1] Under the "mailbox rule," the court considers the date a prisoner turns over his filing to prison authorities for mailing as the filing date.  See Houston v. Lack, 487 U.S. 266, 270 (1988).

1

For the foregoing reasons, and good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 44) is denied as moot.

Dated: July 23, 2024

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB Prisoner Inbox/Civil Rights/R/gree1636.mtc moot