IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENCIL C. GREEN,**<br><br>Plaintiff,<br><br>v.<br><br>**VAL LACEBAL, et al.,**<br><br>Defendants. | Case No. 2:21-cv-01636-DAD-SCR<br><br>**[PROPOSED]** ORDER GRANTING DEFENDANTS MOTION FOR ADMINISTRATIVE RELIEF TO EXCEED PAGE LIMITATIONS |

   Plaintiff Vencil Green (Plaintiff), an incarcerated person proceeding *pro se*, brings this action against Defendants K. Molle and V. Lacebal (collectively, Defendants), alleging retaliation in violation of his First Amendment rights.  Doc. Nos. 1, 9.  Pursuant to Local Rule 233, Defendants move for administrative relief to exceed applicable page limitations for their forthcoming motion for summary judgment.  Upon due consideration, good cause appearing, the Court **GRANTS** Defendants' motion.

/ / /

/ / /

/ / /

/ / /

/ / /oCTOBER

      Accordingly, the Court **ORDERS** the following: Defendants' forthcoming memorandum of points and authorities in support of their motion for summary judgment is limited <u>twenty-five pages</u>—exclusive of the caption page, table of contents, and table of authorities.

      **IT IS SO ORDERED**.

DATED: October 2, 2024

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE