1

2

3

4

5

6

7

8                                  UNITED STATES DISTRICT COURT

9                            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11     VENCIL C. GREEN,                              No.  2:21-cv-01636-DC-SCR (PC)

12                    Plaintiff,

13          v.                                       ORDER ADOPTING FINDINGS AND
                                                     RECOMMENDATIONS
14     VAL LACEBAL, et al.,
                                                     (ECF Nos. 46, 63, 71)
15                    Defendants.

16

17          Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to

19    28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On April 23, 2025, the assigned magistrate judge filed findings and recommendations

21    herein which were served on all parties and which contained notice to all parties that any

22    objections to the findings and recommendations were to be filed within twenty-one days.  ECF

23    No. 71.  Neither party filed objections to the findings and recommendations.

24          The court has reviewed the file and finds the findings and recommendations to be

25    supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY

26    ORDERED that:

27          1.  The findings and recommendations (ECF No. 71) are ADOPTED in full;

28          2.  Plaintiff's motion for summary judgment (ECF No. 46) is DENIED;

1

3.  Defendants' motion for summary judgment (ECF No. 63) is DENIED; and

4.  This matter is referred to the assigned magistrate judge for further proceedings.


IT IS SO ORDERED.

Dated:   **August 14, 2025**

Dena Coggins
United States District Judge