1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VENCIL C. GREEN,                    No.  2:21-cv-1636 DC SCR P

12              Petitioner,

13        v.                             ORDER SETTING SETTLEMENT
                                         CONFERENCE
14   VAL LACEBAL, et al.,

15              Respondent.

16

17        Petitioner is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §

18   1983.  Defendants' motion for summary judgment in this matter has been resolved pursuant to the

19   order filed August 14, 2025.  (ECF No. 72.)  The undersigned now finds that this case would

20   benefit from a settlement conference.

21        Accordingly, IT IS HEREBY ORDERED that:

22        1.        This case is set for a settlement conference before **Magistrate Judge Allison**

23   **Claire via Zoom videoconference on December 2, 2025, at 9:00 a.m.**

24        2.        An order containing instructions for the settlement conference will issue separately

25   in due course.

26   /////

27   /////

28   /////

                                        1

3.      The action is hereby stayed to allow the parties an opportunity to settle their dispute.  In the event the settlement conference does not result in a settlement, within 30 days the court will issue a further scheduling order that includes a lift of the stay.

DATED: August 20, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

2